**EXHIBIT "F-1"**

**Plaintiff's Motion for Summary Judgment**

⟩  Expert Opinion of Dr. John M. Majer, Ph.D

# Exhibit 1

**Expert Report: John M. Majer, Ph.D.**
**Harry S. Truman College**

**Date: August 1, 2018**
**Opinion:**

My name is John M. Majer, Ph.D., and I am a Professor of Psychology at Harry S. Truman College, Chicago, IL. I also serve as a Consultant with the Center for Community Research at DePaul University. I have over 25 years of experience working with persons recovering from substance use disorders in the capacity of a clinician and researcher, and I am highly familiar with various treatment programs including detoxification, inpatient, outpatient, and residential models such as therapeutic communities and recovery homes. I appreciate the opportunity to present my expert opinion, and it is my opinion that there is not a scientific basis to support the notion that an increase in the number of patients seeking treatment through an inpatient treatment program situated in a residential neighborhood such as the Maple Mountain Recovery program is necessary to produce therapeutic benefits.

The proposed Maple Mountain Recovery program in Lindon is an inpatient treatment program seeking to locate itself within a residential neighborhood where patients will stay an average length of stay of 60 days. It is my understanding that Maple Mountain Recovery is seeking approval to increase its census to 16 persons, on the premise that more patients would increase the program's therapeutic benefit; suggesting that limitations in terms of occupancy numbers would have a detrimental effect.

Although one could argue that imposing a limit to the number of persons living in recovery homes for persons recovering from substance use disorders would detract from the therapeutic benefits of this treatment model (self-run, long-term care), Maple Mountain Recovery clearly presents a different treatment model (professionally-based, intermediate care) and as such would not necessarily have the added therapeutic benefit from a large patient census. I have worked in inpatient treatment programs (30-45 days average length of stays) where there were more than 20 patients. However, these settings were not located in residential neighborhoods. It is one thing to design a treatment program large enough to foster a large community under one roof, but it is not necessary to have such treatment programs situated in a residential neighborhood in order to achieve therapeutic gains.

It is important to note there are different types of recovery residential models that vary in terms of administration, services offered, type of residence, and staffing (Polcin, Mericle, Callahan, Harvey, & Jason, 2016). The National Association of Recovery Residences (2012) is an organization that provides standards for recovery residences and has devised four levels of recovery residences based on these factors. Research studies have demonstrated the therapeutic benefits of traditional recovery homes (Level 1) associated with having more residents in these homes, yet I do not know of a body of research that has similarly demonstrated the therapeutic benefits of having more patients in highly structured, inpatient residential treatment (Level IV) such as the Maple Mountain Recovery program.

1

CITY RECORD 0105

Traditional recovery homes provide unparalleled therapeutic benefits to their residents with second-order effects upon their neighboring communities. These therapeutic benefits are proportionate to the number of residents occupying each house, and there should not be any limit to the number of residents living in such a recovery home as long as the dwelling can reasonably accommodate each resident. Recovery homes with more residents help residents share the costs of residential living while simultaneously providing them with a valuable social mechanism based on social support for abstinence and a psychological sense of community. I have visited many recovery homes and I have systematically examined recovery homes over the years thus I have basis for my opinion.

However, I must point out that Maple Mountain Recovery's proposed substance use disorder treatment program in Lindon is neither a therapeutic community (TC) nor recovery home model of care. Persons treated through TCs and traditional recovery homes typically reside in their dwelling for a minimum of six months, preferably after completing inpatient treatment, whereas the proposed average length of stay of the Maple Mountain Recover program is only 60 days. Although the proposed Maple Mountain Recovery program is somewhat similar to TCs and traditional recovery homes in that persons would be residing in a fixed setting, the therapeutic benefits of communal-living (e.g., sense of community, second-order effects) from Maple Mountain Recovery's proposed program would be highly compromised due to the restricted length of stay. If anything, those completing a program such as Maple Mountain Recovery would be suitable candidates for TCs and recovery homes located within residential settings.

Recovery homes typically exist in residential neighborhoods and they provide an invaluable resource to persons recovering from substance use disorders who are reintegrating into their communities. Treatment programs like Maple Mountain Recovery are not recovery homes and typically do not exist in residential neighborhoods, so I do not understand the need for such a comprehensive program to exist in a residential neighborhood in order to provide therapeutic benefits to its patients.

In addition, I argue that the apparent need to increase the number of patients (who would receive treatment at Maple Mountain Recovery's proposed program) in order to offset factors that preclude attendance in a group (detox status, being in a number of other therapeutic services) reflects poor program design. Certainly, Maple Mountain Recovery can do a better job designing their comprehensive program in a way (like many treatment programs) that doesn't overlap therapeutic services. I have never encountered such factors to justify the census in any of my clinical experiences in inpatient, multidisciplinary treatment programs.

I cite scholarly literature to support my opinion regarding the therapeutic benefits of recovery homes while distinguishing them from inpatient treatment programs such as Maple Mountain Recovery, and discuss the optimal number of persons for developing a social microcosm for achieving therapeutic benefits. But first I will begin by providing a brief background of my educational and professional experiences that I think qualify my expertise.

2

CITY RECORD 0106

## Background Information and Qualifications

Presently, I am a full Professor of Psychology at Harry S. Truman College and a Consultant for the Center for Community Research at DePaul University, in Chicago, Illinois. I received my BS degree in psychology from Bowie State University in 1990, *magna cum laude*, and my MA degree in counseling psychology from the same institution in 1993. In addition, I received my MA and Ph.D. degrees in clinical psychology, with an emphasis in community psychology, on scholarship from a highly competitive, American Psychological Association accredited program ("Scientist/Practitioner" model) at DePaul University in 2004. I have quite a bit of research experience in the field of psychology, mostly involving persons with substance use disorders and recovery homes. This includes over 30 first author publications, contributing to the application of a National Institutes of Health (NIH) R01 grant application that was funded for 2.8 million dollars to examine a participatory action research approach to women's substance use disorder treatment (which I later served as a consultant for this five-year project), serving on editorial boards for academic journals, and mentoring students in addition to supervising their research projects. Most of my scholarly works involve empirically-based investigations in which I took the lead role. My experiences in designing and executing investigations have resulted in the collection of hard-to-access community-based data in addition to the construction and analysis of databases. Prior to my current position, I was a full-time Research Associate at DePaul's Center for Community Research where I co-wrote a number of NIH R01 grant applications.

I have made over 80 professional presentations at conferences and I have over 16 years teaching experience with undergraduate and graduate students. In particular, I have taught courses relevant to persons recovering from substance use disorders including abnormal psychology; alcoholism, drug addiction and recovery; cultural issues in psychology, and community-based, service learning courses on mental health problems in contemporary society. I have taught a number of graduate level courses in counseling, including group counseling. I have assisted several students with their master's theses and dissertations. In addition, I am a reviewer and editorial board member for several peer-reviewed (non-open access contingent) journals.

Furthermore, I have approximately 11 years of clinical work experiences in the areas of assessment and treatment of persons with substance use and other co-occurring disorders (i.e., those with "dual-diagnoses"), including the provision of clinical supervision among employees in addition to undergraduate students and advanced graduate clinical psychology students. As briefly described in my *curriculum vitae*, I have worked in a number of capacities and with various treatment modalities including residential care, often times requiring my community involvement and knowledge of residential resources. For instance, when employed with the Phipps Clinic of Psychiatry at Johns Hopkins Hospital in Baltimore, Maryland, part of my duties included routine community visits to local recovery homes. My frequent presence in the community ensured that my unit's community resource list was current, and it helped maintain crucial working relationships with recovery homes. Overall, I am highly familiar with the population of persons recovering from substance use disorders, various treatment modalities for this population including recovery homes and inpatient programs, and I have met with many recovery home residents and others who live near and employ these residents. I have conducted a number of empirically-based investigations that have examined Oxford House recovery homes, resulting in scholarly reports that have been published in competitive, peer-reviewed journals.

CITY RECORD 0107

Thus, my opinion is grounded in my experiences with my previous professional employment, acumen developed from my training and research, and familiarity with relevant scholarly literature.

## Evidence-based Appraisal of Oxford Houses

There have been many investigations published on the Oxford House model of recovery homes. Findings from the following scientific investigations are offered to describe some of the therapeutic benefits of abstinence-based recovery homes:

**Co-occurring disorders**. My colleagues and I (Majer, Jason, Ferrari, & North, 2002) conducted structured diagnostic interviews to investigate the prevalence of co-occurring disorders among a sample of 52 residents from several Midwestern Oxford House recovery homes. Affective disorders were the most prevalent observed disorders, with 35 % of the sample warranting a diagnosis. Participants reported their most common reason for entering a recovery home was to obtain peer social support. Eighty-one percent of the sample reported being employed while 13% reported receiving disability or other sources of income. Outcome measures at six months revealed that 42% of participants chose to continue their residency while 27% left on good terms (i.e., complied with House rules) and transitioned into their communities without relapse.

In addition, we discovered high levels of psychiatric problem severity indicative of severe mental illness (e.g., Major Depressive Disorder, Bipolar Disorder, Schizophrenia) in a national longitudinal investigation (Majer et al., 2008). Residents reported living in their Oxford Houses for an average of 11 months. Outcomes at one-year revealed no significant differences between residents with high versus no baseline psychiatric problem severity in terms of their number of days in outpatient treatment, residential psychiatric treatments, and abstinence rates. Furthermore, we examined changes in psychiatric severity levels in a sample of justice involved participants who were assessed with having a dual-diagnosis, over a two-year period using a randomized clinical trial (Majer, Chapman, & Jason, 2016). We found comparable reductions in psychiatric severity levels among participants assigned to residential conditions (i.e., Oxford House, therapeutic community/TC), but not the usual care condition. These findings suggest that self-run residential settings such as Oxford Houses provide benefits comparable to professionally run, long-term TCs for justice involved persons who have dual diagnoses. Taken together, findings from these investigations suggest that long-term recovery residences, and living in traditional recovery homes for more than six months provide benefits among persons recovering from substance use disorders who have co-occurring mental illnesses.

**Recovery homes vs. usual care services**. Some of my colleagues (Jason, Olson, Ferrari, Majer, Alvarez, & Stout, 2007; Jason, Olson, Ferrari, & Lo Sasso, 2006) investigated the effects of self-run, communal living settings (Oxford Houses) on important outcomes including recovering persons' abstinence. Seventy-five participants were randomly assigned to live in an Oxford House, whereas 75 participants were randomly assigned to receive regular aftercare services upon discharge from their inpatient treatment facility. After tracking each group for 2 years, those in the Oxford House condition compared to the usual care condition had lower rates of substance use (31.3% vs. 64.8%), higher monthly income ($989.40 vs. $440.00), and lower incarceration rates (3% vs. 9%). Staying in an Oxford House for 6 months or more was also a

4

CITY RECORD 0108

factor related to increased abstinence in this sample (Jason et al., 2007), and this six-month duration factor was also significantly related to increased abstinence outcomes in a national study on Oxford Houses (Jason, Davis, Ferrari, & Anderson, 2007). Taken together, findings demonstrate that extended time living in self-run recovery homes are very effective, and that duration of stay is an important therapeutic consideration.

**Recovery home residents' community involvement**. Persons who are recovering from substance use disorders spend considerably less time engaging in risk behaviors and illegal activities, and more time supporting their communities. Over the years, policy officials, members of the media, and community members have asked my colleagues and me about the effects of recovery homes on surrounding communities. In response to these concerns, a few of my colleagues (Jason, Schober, & Olson, 2008) became interested in collecting information to document residents' participation in their communities. Jason et al. (2008) explored whether the positive changes that occur among Oxford House residents have second-order, or "ripple" effects on their participation in neighborhood activities among 56 current and former residents who resided in various Oxford Houses throughout the United States. They found that residents' community involvement was a part of their recovery process. Residents spent on average 10.6 hours per month participating in their communities in a number of ways in addition to a significant and positive correlation between residents' length of time living in Oxford Houses and their community involvement:

- 62.5% mentored others in recovery
- 45.0% administered and led support groups
- 56.1% educated their communities about recovery homes
- 35.8% educated their communities on recovery, in general
- 38.6% informed/advised agencies/local leaders on local initiatives
- 31.6% were involved in anti-drug campaigns
- 15.8% spoke at political events
- 29.8% attended public hearings/forums
- 31.6% worked with youth
- 29.8% were involved with fundraising
- 22.8% volunteered time with community organizations
- 84.2% believed Oxford House living increased their neighborhood involvement

Overall, these investigations on the Oxford House model bear a consistent finding in relation to therapeutic benefits: increased time living in self-run recovery homes. Thus, the average duration of stay (60 days) among patients in the Maple Mountain Recovery program would not likely produce such therapeutic benefits because their patients would be transient compared to traditional recovery home residents.

## Recovery Homes for Women

The need for substance use disorder treatment among women has been well documented and few women have had access to effective treatments for some time (Substance Abuse and Mental Health Services Administration [SAMHSA], 2007). Although their prevalence rates of substance use disorders have been less compared to men for over the past decade (SAMHSA, 2004),

CITY RECORD 0109

women consistently report more problems with and experience more health-related consequences from substance use (Green, 2006); accounting for their high rates of (costly) emergency room and hospitalization admissions (Rockett, Putnam, Jia, Chang, & Smith, 2005). Without adequate resources to meet their needs (e.g., housing, continued substance use disorder treatment, access to physical and mental health services), their risk for health problems increases (Aidala, 2006).

One recent investigation among persons exiting inpatient treatment for substance use disorders found high levels of psychiatric severity and gender (women) were significantly related to greater HIV-risk sexual behaviors (Majer, Komer, & Jason, 2015). In a related investigation (Majer, Glantsman, Palmer, & Jason, 2015), HIV-risk sexual behavior was found to be related to significant decreases in an important cognitive resource that sustains ongoing recovery; abstinence self-efficacy. Taken together, these findings demonstrate that women recovering from substance use disorders, especially those with co-occurring mental disorders, are at risk for engaging in behaviors that threaten their health in addition to substance use relapse.

Nonetheless, the threat of harm is accentuated by the lack of stable and supportive housing available to women recovering from substance use disorders (Kim & Crutchfield, 2004). Stable housing is an effective component to reducing risk for contracting and transmitting HIV/AIDS (Holtgrave et al., 2007), as HIV/AIDS risk behaviors are highly associated with homelessness severity (Stein, Dixon, & Nyamathi, 2008). One multi-site evaluation investigation found when housing status changed from being unstable to stable for at-risk persons, they were less likely to use hard drugs and share needles, and were less likely to engage in unprotected sex (Aidala, Cross, Stall, Sumartojo, & Harre, 2005). Although Maple Mountain Recovery's program addresses women's mental health issues, it is not a stable, long-term environment (such as a traditional recovery home).

In addition, without supportive (and abstinence-based) housing, relapse is likely as women often return to stressful family situations, other high-risk environments (e.g., abusive partners), or homelessness upon inpatient treatment completion. Supportive housing has been identified as a key factor in treatment for women with substance use problems (Mandell & Werner, 2008; Polcin, Korcha, Bond, & Galloway, 2010), and recent investigations have demonstrated various therapeutic benefits (in addition to sustained abstinence) of gender-specific housing for women. For instance, Brereton, Alvarez, Jason, Stevens, Dyson, and McNeilly (2014) found the more women felt their individual needs were met by residential peers in recovery homes with whom they reciprocated such support, the more likely they were to have experienced more days of paid work. Women living in recovery homes for 6 months or more (compared to those staying less than 6 months) reported more days of employment, higher incomes, and more total income (Belyaev-Glantsman, Jason, & Ferrari, 2009). A national sample of recovery home residents (Gomez, Jason, Contreras, DiGangi, Ferrari, 2014) found significant increases in employment, school, and vocational training in relation to greater lengths of stay in recovery homes, suggesting recovery homes provide additional benefits to help both men and women recovering from substance use disorders reintegrate into their communities. Although the Maple Mountain Recovery program has a residential aspect to it (in that patients' average length of stay is 60 days), it does not provide stable housing, thus drawing into question the need to be situated within a residential neighborhood.

6

CITY RECORD 0110

**Group Dynamics and Recovery Home Residents**

I took undergraduate coursework in the area of group dynamics, graduate coursework and training in the areas of group counseling for my MA degree in counseling psychology, and group psychotherapy coursework and training for my MA and PhD degrees in clinical psychology. I have taught a number of graduate level courses in counseling with an emphasis in group counseling. In addition, I have clinical experiences in conducting groups among persons recovering from substance use disorders thus I believe my opinion regarding group dynamics is well informed.

Groups can be powerful vehicles for promoting change, according to Gerald Corey, Ph.D., one of the leading experts on the topic of groups. Groups are essentially social microcosms whereby the therapeutic factor of change lies in the group when it produces a representative sample of interpersonal conflicts that members confront in their daily lives (Corey, 1990, p. 15). Although homogeneous group membership (i.e., when groups consist of members who have a shared mission, such as recovery from substance use disorders) creates a necessary bond for identification and group cohesion, groups that consist of a variety of members (e.g., based on various ages, ethnicities, and backgrounds such as residents living in the recovery residences) increase the representativeness of their social microcosm that in turn enables individuals to experiment with new behavior and receive diverse sources of feedback that enhance their problem-solving skills (Corey, p. 87). In addition, Corey (p. 91) states eight members (with one facilitator) is the desirable size for adult groups.

Traditional recovery homes are self-run, so more residents are needed to defray the costs of residential living in order to create a therapeutic milieu within the home. Although house size for communal-living settings such as Oxford Houses has been related to favorable outcomes, this finding is specific to the context of the treatment model (i.e., a self-run, non-professional recovery home, Level 1 recovery residence) and it remains to be determined whether this factor translates to other treatment modalities (e.g., a highly structured, inpatient treatment, Level IV recovery residence). The Maple Mountain Recovery program is a Level IV recovery residence consisting of professional staff that provide ample therapeutic support to patients who do not have to rely on group size to meet their rent and other household expenses. Therefore, having 8 residents in Maple Mountain Recovery's program would create the ideal social microcosm for therapeutic gains.

**Conclusions**

Overall, it is my expert opinion that Maple Mountain Recovery's program would operate as an inpatient, intermediate care facility and not as a traditional recovery home. There is little similarity between Maple Mountain Recovery's program and traditional recovery homes. Their differences are stark and it is not fair to equate them as being the same. I do not see any basis for why Maple Mountain Recovery's program must exist within a residential neighborhood, or how it being situated in a residential setting is necessary to produce therapeutic benefits.

Unlike some investigations that have demonstrated therapeutic benefits associated with increased residents living within traditional recovery homes (Level I recovery residences), I am not aware

7

CITY RECORD 0111

of any empirically-based investigations, published in peer-reviewed outlets (in which publication is not contingent upon the author's payment for open access) that demonstrate similar benefits among persons receiving highly structured, inpatient treatments (Level IV recovery residences). It is not known whether findings from traditional recovery home research will necessarily translate into other recovery residences. Part of why traditional recovery homes do better with increased residents is to some degree a matter of practical necessity (paying rent). However, length of stay of at least six months is another factor associated with therapeutic outcomes among traditional recovery homes across studies, providing residents with stable housing necessary to successfully reintegrate into their communities without time restrictions. It doesn't make sense to operate an inpatient treatment program such as Maple Mountain Recovery within a residential neighborhood and expect outcomes similar to those from traditional recovery homes when the duration of treatment is only two months.

I have had the privilege of meeting many recovery home residents over the years, both in their homes and at professional conferences. Over the past 25 years I have visited various recovery homes and inpatient treatment programs located in the Mid-Atlantic, Northeast, and Midwest regions of the country, western Canada (British Columbia), and Middlesboro, UK. Altogether, my clinical experiences with this population, scientific investigations and scholarly sources, and what I have learned anecdotally from persons in recovery inform me that it is necessary to have 8 residents with at least two residents sharing a bedroom (more if the room can accommodate them), without time restrictions to one's length of stay, in order to provide folks living in recovery residences the necessary therapeutic benefits for sustaining ongoing recovery.

Signed: _____   Date: 8/1/'18
John M. Majer, Ph.D.

**Data used to inform my opinions:**

Aidala, A. (2006). Inequality and HIV: The role of housing. *Psychology and AIDS Exchange, 34,* 1-8.

Aidala, A, Cross, J., Stall, R., Sumartojo, E., Harre, D (2005). Housing status and HIV risk behaviors: Implications for prevention and policy. *AIDS & Behavior, 9,* 251-265.

Belyaev-Glantsman, O., Jason. L.A., Ferrari, J. R. (2009). The relationship of gender and ethnicity to employment among adults residing in communal-living recovery homes. *Journal of Groups in Addiction & Recovery, 4,* 92-99. doi: 10.1080/15560350802712462.

Brereton, K. L., Alvarez, J., Jason, L. A., Stevens, E. B., Dyson, V.B., & NcNeilly, C. (2014).

8

Reciprocal responsibility and social support among women in substance use recovery. *International Journal of Self-Help & Self-Care, 8*, 239-257. doi: 10.2190/SH.8.2.f.

Corey, G. (1990). *Theory and practice of group counseling (3rd ed)*. Brooks/Cole: Pacific Grove, CA.

Gomez, D., Jason, L. A., Contreras, R., DiGangi, J., & Ferrari, J.R. (2014). Vocational training and employment attainment among substance abuse recoverying individuals within a communal living environment. *Therapeutic Communities, 35*, 42-47. doi:10.1108/TC-03-2014-0008.

Green, C. A. (2006). Gender and use of substance abuse treatment services. *Alcohol Research & Health, 29*, 55–62.

Holtgrave, D. R., Briddell, K., Little, E., Bendixen, A. V., Hooper, M., Kidder, D. P., et al. (2007). Cost and threshold analysis of housing as an HIV prevention intervention. *AIDS and Behavior, 11*, doi: 10.1007/s10461-007-9274-z.

Jason, L.A., Olson, B.D., Ferrari, J.R., Majer, J.M., Alvarez, J., & Stout, J. (2007). Moderators Of a randomized longitudinal outcomes study of substance abuse communal housing. *Addiction, 102*, 1114–1121.

Jason, L. A., Davis, M. I., Ferrari, J. R., & Anderson, E. (2007). The need for substance abuse after-care: longitudinal analysis of Oxford House. *Addictive Behaviors, 32*, 803-818. doi: 10.1016/j.addbeh.2006.06.014

Jason, L.A., Olson, B.D., Ferrari, J.R., & Lo Sasso, A.T. (2006). Communal housing settings enhance substance abuse recovery. *American Journal of Public Health, 91*, 1727-1729.

Jason, L.A., Schober, D., & Olson, B.D. (2008). Community involvement among residents of second-order change recovery homes. *Australian Community Psychologist, 20*, 73–83.

Kim S., & Crutchfield C. (2004). An evaluation of substance abuse aftercare program for homeless women with children using confounding variable-control design. *Journal of Drug Education, 34*, 213-233. Retrieved from http://www.baywood.com/journals/previewjournals.asp?id=0047-2379.

Majer, J. M., Chapman, H. M., & Jason, L. A. (2016). Comparative analysis of treatment conditions upon psychiatric severity levels at two years among justice involved persons. *Advances in Dual Diagnosis, 9*, 38-47. doi: 0.1108/ADD-07-2015-0015

Majer, J. M., Glantsman, O., Palmer, J., & Jason, L. A. (2015) Predictors of abstinence self-efficacy: Examining the roles of HIV-risk sexual behavior and incarceration histories among ex-offenders. *Journal of Social Service Research, 41*, 39-48. doi: 10.1080/01488376.2014.935559

CITY RECORD 0113

Majer, J.M., Jason, L.A., Ferrari, J.R., & North, C.S. (2002). Comorbidity among Oxford House residents: A preliminary outcome study. *Addictive Behaviors, 27,* 837-845.

Majer, J. M., Jason, L.A., North, C.S., Ferrari, J.R., Porter, N. S, Olson, B.D., Davis, M.I., Aase, D., & Molloy, J.P. (2008). A longitudinal analysis of psychiatric severity upon outcomes among substance abusers residing in self-help settings. *American Journal of Community Psychology, 42,* 145-153. doi: 10.1007/s10464-008-9190-z

Majer, J. M., Komer, A. C., & Jason, L. A. (2015). Psychiatric severity and HIV-risk sexual behaviors among persons with substance use disorders. *Journal of Dual Diagnosis, 11,* 3-11. doi: 10.1080/15504263.2014.990802.

Mandell, K., & Werner, D. (2008). *Guidance to states: Treatment standards for women with substance use disorders.* The National Association of State Alcohol and Drug Abuse Directors Retrieved from http://www.nasadad.org/resource.php?base_id=1482

National Association of Recovery Residences. (2012). A primer on recovery residences: FAQ. Retrieved from http://www.webcitation.org/6B7e01VSk

Polcin, D. L., Mericle, A. A., Callahan, S., Harvey, R., & Jason, L. A. (2016). Challenges and rewards of conducting research on recovery residences for alcohol and drug disorders. *Journal of Drug Issues, 46,* 51-63. doi: 10.1177/0022042615616432

Polcin D. L, Korcha R., Bond J., & Galloway G. (2010). What did we learn from our study on sober living house and where do we go from here? *Journal of Psychoactive Drugs, 42,* 425-433. Retrieved from http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3057870. [PubMed: 21305907]

Rockett, I.R., Putnam, S.L., Jia, H., Chang, C.F., & Smith, G.S. (2005). Unmet substance abuse treatment need, health service utilization, and cost: A population-based emergency department study. *Annals of Emergency Medicine, 45,* 118-127.

Substance Abuse and Mental Health Services Administration (SAMSHA; 2007). *The NSDUH Report: Substance Use Treatment among Women of Childrearing Age.* Rockville, MD.

SAMSHA (2004). DHHS Publication No. SMA 04–3964, NSDUH Series H-25. Rockville, MD. *Results from the 2003 National Survey on Drug Use and Health: National findings.*

Stein, J. A., Dixon, E. L., & Nyamathi, A. M. (2008). Effects of psychosocial and situational variables on substance abuse among homeless adults. *Psychology of Addictive Behaviors, 22,* 410-416. Doi: 10.1037/0893-164X.22.3.410.

CITY RECORD 0114

**JOHN M. MAJER**
5134 N. Ashland Ave., # 2
Chicago, IL 60640, USA
jmajer@ccc.edu
773-502-3833

## EDUCATION

2004        Ph.D., Clinical Psychology (APA accredited) with emphasis in Community Psychology, DePaul University, Chicago, IL

2000        MA, Clinical Psychology, DePaul University, Chicago, IL

1993        MA, Counseling Psychology, Bowie State University, Bowie, MD

1990        BS, Psychology (*Magna Cum Laude*), Bowie State University

## ACADEMIC APPOINTMENTS

2006 – Present   City Colleges of Chicago, Chicago, IL
2004 – Present   The Center for Community Research, DePaul University, Chicago, IL
2000 – 2004      DePaul University, Psychology Department, Chicago, IL
1998 – 2002      DePaul University, School of Education, Chicago, IL
1993 – 1997      Anne Arundel Community College, Arnold, MD

## PROFESSIONAL EXPERIENCE

1/11– Present    **Social Sciences Department, City Colleges of Chicago/Harry S. Truman College, Chicago, IL**
*Professor of Psychology*. Full-time tenured faculty. Developed two psychology courses: Special Topics Course in Psychology (PSYCH 299), and Research and Statistical Methods for the Behavior Sciences (PSYCH 240). Other courses taught include General Psychology, Child Psychology, Abnormal Psychology, Psychology of Personality, Life Span Developmental Psychology.

8/06 – 12/10     **Humanities, Social Sciences, and Foreign Languages Department, City Colleges of Chicago/Richard J. Daley College, Chicago, IL**
*Department Chair (8/08-12/10), Assistant Professor of Psychology*. Full-time, tenured psychology faculty; various campus-wide involvement including: Coordinating faculty searches; Course scheduling; Faculty Council; Faculty Development Training; Student Disciplinary Committee, Strategic Initiative Planning; Assessment of

CITY RECORD 0115

MAJER   2

Student Learning Outcomes for Department Courses; Faculty sponsor and founder of Psychology Club; co-founder of the City Colleges of Chicago's Inter-college Psychology Committee.

9/04 – Present   **Center for Community Research, DePaul University, Chicago, IL**
*Research Associate (2004-2006)/Consultant (2006-present).* Grant writing to support ongoing community-based research for persons with substance use disorders; consulting for current projects. Proposed investigations include examining the social neuroscience of relapse, mediators of mental health outcomes, health disparities among African-American women exiting the criminal justice system, and psychiatric comorbidity among substance abusers living in self-run, residential treatment. Previous investigations include published reports on psychiatric severity, sociodemographic characteristics, self-efficacy, social support, coping strategies, cognitive resources, existentialism, and twelve-step involvement related to outcomes among recovering persons living in self-run settings. Received weekly supervision from licensed psychologist (2004-2006). Duties include mentoring doctoral students; supervising junior staff, post-bachelor and undergraduate volunteers; manuscript reviews and collaborative scholarly reports.

8/03 – 9/04   **Argosy University, Rolling Meadows, IL**
*Pre-Doctoral Psychology Intern.* Provided advanced psychodiagnostic testing, rapid assessment diagnostics, individual and group therapy, crisis intervention, program development, and supervision of advanced graduate practica students at the Illinois Department of Corrections.

7/02 – 2/03   **Illinois Masonic Medical Center, Chicago, IL**
*Mental Health Counselor.* Brief therapy with severely disturbed psychiatric patients within an inpatient hospital setting. Duties included brief crisis intervention, working within multidisciplinary treatment teams, documentation, milieu management.

7/01 – 7/02   **DePaul University, School of Education, Chicago, IL**
*Visiting Instructor.*  Full-time instructor and internship supervisor for Graduate students in the Human Services and Counseling track. Taught graduate courses in Marriage & Family Counseling; Counseling Skills for Effective Human Interaction; Clinical Internship; Child, Family, and the Multicultural Community; Life Span: Adolescence Through the Aging Years; Group Counseling for the Human Services; and an undergraduate course in Child and Family in the Urban Environment. Reader for students' thesis committee, clinical internship supervisor, and member of the Student Progress Committee.

9/98 – 7/04   **DePaul University, Department of Psychology, Chicago, IL**

CITY RECORD 0116

*Researcher, Part-time Instructor*.  Research assistant for the Oxford House project under the supervision of Leonard A. Jason, Ph.D. Responsibilities include literature reviews, research design, data collection and analyses, and assisting Dr. Jason with blind manuscript reviews. Taught upper-level undergraduate courses in Methods of Psychological Inquiry; Alcoholism, Drug Addition and Recovery; Abnormal Psychology; Invisible Illnesses: Mental Health Problems in Contemporary Society (a community-based, service learning course). Also taught lower-level courses in Introduction to Psychology; Cultural Issues in Psychology; and created and taught Psychology of LGBT persons (PSYCH 213) within the Psychology Department.

9/98 – 6/01     **DePaul University, School of Education, Chicago, IL**
*Part-time Instructor*. Co-facilitated Group Counseling courses under the supervision of Sr. Frances Ryan, Ph.D., Coordinator of the Human Services and Counseling program.

8/00 – 6/01     **Grant Hospital, Lifeline Program, Chicago, IL**
*Therapist*.  Third-year graduate student externship.  Responsible for assessing, diagnosing, and treating a diverse population of persons with severe mental illness and mentally ill substance abusers (MISA). Provided individual and group psychotherapy, intake assessment, supervision to practica students, and psychoeducational workshops. Received individual and group supervision by Sheldon Greenberg, MD.

9/98 – 7/00     **DePaul University Community Mental Health Center, Chicago, IL**
*Therapist*.  First and second-year graduate student practica. Responsibilities included psychosocial assessment and treatment with a diverse population of children and families. Provided individual child and family psychotherapy.  Additional responsibilities included psychodiagnostic testing, consultation with day care and elementary school teachers, and co-leading a social skills development group for children. Volunteered for summer caseload in 1999.

3/98 – 8/98     **Anne Arundel County Department of Health, Annapolis, MD**
*Mental Health Assessor*.  Responsible for diagnosing and recommending psychiatric and substance abuse treatment for criminal justice system offenders. Consultation with district court prosecutors and judges, outreach with County's Division of Parole and Probation, and involved with County's drug-court initiative for criminal justice.

11/97 – 4/98    **Baltimore Behavioral Health, Baltimore, MD**
*Director of Outpatient Services*.  Coordinator of services for intensive outpatient and partial hospitalization programs for substance abusers and mentally ill substance abusers (MISA). Responsible for program development and planning for individuals with psychoactive substance

CITY RECORD 0117

MAJER   4

disorders, critical paths development for comprehensive substance abuse treatment, staff supervision, assessment, diagnostic and discharge summarization.

12/95 – 8/97    **Johns Hopkins Hospital, Henry Phipps Clinic of Psychiatry, Baltimore, MD**
*Addiction Therapist*.  Provided group and individual therapy, participated in multidisciplinary treatment rounds, milieu management, emergency department intakes, conducted psychoeducational group presentations pertaining to substance abuse, HIV/AIDS prevention and treatment, post acute withdrawal syndrome, coping strategies, and positive health practices. Networked with community organizations to create and maintain current directory of residential referral resources. Involved in community outreach HIV/AIDS transmission prevention program. Designed and maintained intervention outcome database to track patients' linkage to referral sites. Participated in critical paths development committee and Intensive Treatment Unit research team.

9/93 – 9/97    **Anne Arundel Community College, Arnold, MD**
*Adjunct Professor of Psychology*.  Taught introductory psychology courses to returning (evening) students.

3/93 – 12/95    **Hope House, Inc., Crownsville, MD**
*Primary Therapist*.  Multidisciplinary treatment team leader for case management of substance abusers within a 3-6 week intermediate care facility that operated within. Responsible for conducting comprehensive biopsychosocial assessments, treatment planning, coordinating aftercare, group and individual therapy, and didactic presentations. Other duties included serving as coordinator for clinical privileging of staff and supervision of undergraduate and graduate students.

5/92 – 4/94    **New Life Addiction Counseling Services, Pasadena, MD**
*Counselor, Consultant*.  Fulltime counselor in an intensive outpatient program for substance abusers and part-time consultant for drunk driving offenders program. Responsible for conducting psychosocial assessment, treatment planning, discharge planning/summarization, and negotiating with managed care organizations for financial reimbursement.

4/90 – 1/92    **Raft House, Inc., Crownsville, MD**
*Addictions Counselor, Counselor Trainer, and Statistician*.  Counselor for substance abusers in a long term, residential treatment facility. Responsible for conducting psychosocial assessments, treatment planning and discharge planning/summarization. Served as trainer for new staff and statistician for collecting and analyzing data for measuring treatment outcomes.

CITY RECORD 0118

9/89 – 5/90        **New Beginnings at the Meadows, Gambrills, MD**
*Psychologist's Assistant, Treatment Aid*.  Aided psychologist with administering and scoring psychological tests to patients, aid to substance abuse treatment staff in an intermediate care facility, milieu management.

## HONORS

Fellowship Stipend, DePaul University, 1998-2001.
Magna Cum Laude, Bowie State University, 1990.

## WORKS IN PROGRESS AND RECENT WORKS

### R01 Grants:

Co-wrote a participatory action research grant proposal to examine health disparities and HIV risk among African-American women who are exiting the criminal justice system. Submitted April 2006; revised and resubmitted December 2007; Funded in 2008 (National Center on Minority Health and Health Disparities; grant MD002748).

### Diagnostics:

Developed the Rapid Assessment/Diagnostic (RAD) instrument, which is a brief diagnostic interview schedule, for inmates at Illinois Department of Corrections at Stateville. Collaborated with mental health team in constructing a tracking system for program evaluation.

### Measures:

Developed the *Beliefs in Educational Success Test (BEST)*, which measures self-efficacy for education among students in higher education settings with good construct validity and excellent internal consistency.

## MANUSCRIPTS

Majer, J. M. Optimism, abstinence self-efficacy, and self-mastery among Oxford House residents. Dissertation successfully defended November 6, 2002. Condensed into Majer et al. (2004), below.

T. R. Meutia, E. D. Malay, T. Bobak, & **Majer**, J. M. Academic self-efficacy among Indonesian college students: An examination of an Indonesian version of the Beliefs in Educational Success Test (BEST). Manuscript in progress.

## PEER-REVIEWED PUBLICATIONS
(*not* open-access contingent)

**Majer**, J. M., Beasley, C., Stecker, E., Bobak, T. J., Norris, J., Nguyen, H. M., Ogata, M., Siegel, J. Isler, B., Wiedbusch, E., & Jason, L. A. (2018). Oxford House Residents' Attitudes Toward Medication Assisted Treatment Use in Fellow Residents. *Community Mental Health Journal*, *54*, 571-577 https://doi.org/10.1007/s10597-017-0218-4.

**Majer**, J.M. (2017). Community College: A place for community psychology in action. Invited book chapter in Viola, J. & Glantsman, O. (eds.) *Careers in Community Psychology*. Oxford University Press: New York

**Majer**, J. M., Beasley, C., & Jason, L. A. (2017). Suicide attempts and personal need for structure among ex-offenders. *International Journal of Offender Therapy and Comparative Criminology, 61*, 334-346. doi: 10.1177/0306624X15595981

**Majer**, J. M., Harris, J., & Jason, L. A. (2017). An examination of women ex-offenders with methadone histories. *International Journal of Offender Therapy and Comparative Criminology, 61*, 711-723. doi: 10.1177/0306624X15600834

**Majer**, J.M., Chapman, H.M., & Jason, L.A. (2016). Abstinence self-efficacy and substance use at two years: The moderating effects of residential treatment conditions, *Alcoholism Treatment Quarterly, 34 (4)*, 386-401. http://dx.doi.org/10.1080/07347324.2016.1217708

**Majer**, J.M., Plaza, C., & Jason, L.A. (2016). Abstinence social support among ex-prisoners with substance use disorders. *The Prison Journal,* 96, 814-827. doi: 10.1177/0032885516671890

**Majer**, J. M., Callahan, S., Stevick, K., & Jason, L. A. (2016). Social influences of abstinence self-efficacy among justice involved persons. *Journal of Social Work Practice in the Addictions*, *16 (3)*, 252-265.  doi: 10.1080/1533256X.2016.1200054

**Majer**, J. M., Chapman, H. M., & Jason, L. A. (2016). Comparative analysis of

treatment conditions upon psychiatric severity levels at two years among justice involved persons. *Advances in Dual Diagnosis, 9 (1)*, 38-47. doi: 0.1108/ADD-07-2015-0015

**Majer**, J. M., Salina, D. D., & Jason, L. A. (2016). Social support among substance using women with criminal justice involvement. *Journal of Forensic Social Work, 5*, 116-129. doi: 10.1080/1936928X.2015.1075167

**Majer**, J. M., Olson, B. D., Komer, A. C., & Jason, L. A. (2015). Motivation among ex-offenders exiting treatment: The role of abstinence self-efficacy. *Journal of Offender Rehabilitation, 54*, 161-174. doi: 10.1080/10509674.2015.1023483

**Majer**, J. M., Komer, A. C., & Jason, L. A. (2015). Psychiatric severity and HIV-risk sexual behaviors among persons with substance use disorders. *Journal of Dual Diagnosis, 11*, 3-11. doi: 10.1080/15504263.2014.990802.

**Majer**, J. M., Payne, J. C., & Jason, L. A. (2015). Recovery resources and psychiatric severity among persons with substance use disorders. *Community Mental Health Journal, 51*, 437-444.

**Majer**, J. M., Glantsman, O., Palmer, J., & Jason, L. A. (2015) Predictors of abstinence self-efficacy: Examining the roles of HIV-risk sexual behavior and incarceration histories among ex-offenders. *Journal of Social Service Research, 41*, 39-48.

**Majer,** J. M., Rodriguez, J., Bloomer, C., & Jason, L. A. (2014). Predictors of HIV-risk sexual behavior: Examining lifetime sexual and physical abuse histories in relation to substance use and psychiatric problem severity among ex-offenders. *Journal of the American Psychiatric Nurses Association, 20*, 138-146. doi: 10.1177/1078390314527552

**Majer**, J. M., Beers, K. & Jason, L. A. An examination of the first Oxford House in the UK: A preliminary investigation. (2014). *Drugs: Education, Prevention, & Policy*. Early online, 1-10. doi: 10.3109/09687637.2013.876974

DiGangi, J. A., **Majer**, J. M., Mendoza, L., Droege, J. R., Jason, L. A., & Contreras, R. (2014). What promotes wisdom in 12-step recovery? *Journal of Groups in Addiction & Recovery, 9*, 31-39. doi: 10.1080/1556035X.2013.836869

**Majer**, J. M., Jason, L. A., & Ferrari, J. (2014). Understanding 12-step

involvement from a research perspective. Invited paper, *Counselor Magazine, 15*, 64-69.

**Majer**, J. M., Jason, L. A., Aase, D. M., Droege, J. R., & Ferrari, J. R. (2013). Categorical 12-step involvement and continuous abstinence at two-years. *Journal of Substance Abuse Treatment, 44*, 46-51. doi:10.1016/j.jsat.2012.03.001

**Majer**, J. M., Droege, J. R., & Jason, L. A. (2012). Coping strategies in recovery: More evidence for categorical twelve-step involvement. *Journal of Groups in Addiction & Recovery, 7*, 3-14. doi:10.1080/1556035X.2012.632317

**Majer,** J. M., Angulo, R.S., Aase, D. M., & Jason, L. A. (2011). Gambling behaviors among Oxford House Residents: A preliminary investigation. *Journal of Social Service Research, 37*, 1-6. 10.1080/01488376.2011.578037

**Majer**, J. M., Jason, L. A., Ferrari, J. R., & Miller, S. A. (2011). Twelve-step involvement among a U.S. national sample of Oxford House residents. *Journal of Substance Abuse Treatment, 41*, 37-44. doi:10.1016/j.jsat.2011.01.010

**Majer**, J. M., Droege, J. R., & Jason, L. A. (2010). A categorical assessment of twelve-step involvement in relation to recovery resources. *Journal of Groups in Addiction & Recovery, 5*, 155-167. doi:10.1080/15560351003766158

**Majer**, J. M. (2009). Self-efficacy and academic success among ethnically diverse first generation community college students. *Journal of Diversity in Higher Education, 2*9, 243-250. doi: 10.1037/a0017852

**Majer**, J. M. (2009). Using self-disclosure and personal example to introduce undergraduate students to community psychology. Invited paper, *The Community Psychologist*, 42*,* 12-16.

Aase, D. M., Jason, L. A., Olson, B. D., **Majer**, J. M., Ferrari, J. R., Davis, M. I., & Virtue, S. M. (2009). A longitudinal analysis of criminal and aggressive behaviors among a national sample of adults in mutual-help recovery homes. *Journal of Groups in Addiction & Recovery, 4*, 82-91. doi: 10.1080/15560350802712454

**Majer**, J. M., Jason, L. A., North, C.S., Ferrari, J. R., Porter, N. S, Olson, B. D., Davis, M. I., Aase, D., & Molloy, J. P. (2008). A longitudinal analysis of psychiatric severity upon outcomes among substance abusers residing in self-help settings. *American Journal of Community Psychology, 42*, 145-153. doi: 10.1007/s10464-008-9190-z

Jason, L. A., Olson, B. D., Ferrari, J. R., **Majer**, J. M., Alvarez, J., & Stout, J. (2007). An examination of main and interactive effects of substance abuse recovery on multiple indicators of adjustment. *Addiction, 102*, 1114-1121. doi:10.1111/j.1360-0443.2007.01846.x

**Majer**, J. M., Jason, L. A., & Olson, B. D. (2004). Optimism, abstinence self-efficacy, and self-mastery: A comparative analysis of cognitive resources. Invited paper. *Assessment, 11*, 57-63. doi: 10.1177/1073191103257139

Bloodworth, M., Kapung, C., **Majer**, J. M., McDonald, K., Sharma, A., Viola, J., Wilson, B. (2004). Student reflections on community research practices and its implications. In Keys, C. & Jason, L.A. (eds.), *Capturing Theory and Methodology in Participatory Research*. The American Psychological Association: Washington, D.C.

**Majer**, J. M., Jason, L. A., Ferrari, J. R., Olson, B. D., & North, C. S. (2003). Is self-mastery always a helpful resource? Coping with paradoxical findings in relation to optimism and self-efficacy. *American Journal of Drug and Alcohol Abuse, 29*, 385-399. doi: 10.1081/ADA-120020520

**Majer**, J. M., Jason, L. A., Ferrari, J. R., Venable, L. B. & Olson, B. D. (2002). Social support and self-efficacy for abstinence: Is peer identification an issue? *Journal of Substance Abuse Treatment*, 2*3*, 209-215.

**Majer**, J. M., Jason, L. A., Ferrari, J. R., & North, C. S. (2002). Comorbidity among Oxford House residents: A preliminary outcome study. *Addictive Behaviors, 27,* 837-845.

**Majer**, J. M. (1992). Assessing the logotherapeutic value of 12-step therapy. *The International Forum for Logotherapy, 15,* 86-89.

**OTHER PUBLICATIONS**

**Majer**, J. M. & Bobak, T. (2017). MCOs and Medications: Contextual Factors that Influence Psychiatric Comorbidity Assessment. Invited paper. *Sober World,*

Danielwicz, J., Deaner, J., Garcia, R., Hsu, T., Nelson, C., Shagott, T., Alvarez, J., Davis, M., Ferrari, J., Jason, L., **Majer**, J., & Olson, B. (2005). Oxford House: A place called home. *Family Therapy, 4*, 24-27.

**Majer**, J. M. (2002). The second Chicago Conference: A participatory reflection. *The Community Psychologist, 35*, 19-20.

Bloodworth, M., Chimata, R., Kapung, C., **Majer**, J. M., McDonald, K., Sharma, A., Viola, J., & Wilson, B. (2002). Student consensus panel reflections on the Second Chicago Conference on Community Research: Participatory Methods. *The Community Psychologist, 35*, 17-18.

## SELECTED PRESENTATIONS

Holtzman, C. S., Jason, L. A., Beecroft, C., Ferrari, J., Greeson, M., Robinson, L., Glantsman, O., McMahon, S., Aase, D., Fromm-Reed, S., Jimenez, T., Kent, J., **Majer**, J. M., Borowski, T., Hoffman, A., & Kral, M.. (April, 2018). *Community psychology: A discussion about graduate school and career opportunities*. Roundtable discussion to be presented at the 90th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

Compton, W. M., Clark, H. W., **Majer**, J. M., Walker, M., Holtzclaw, L., & Stein, F., Gitlow, S. (2017, September). The opioid crisis: facts and experiences. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

Jason, L. A., Borkman, T., Ward, N., & **Majer**, J. M. (2017, September). Recovery housing research: Oxford House and other recovery housing. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

**Majer**, J. M., Jason, L. A., Bobak, T. J., & Borkman, T. (2017, September). Brainstorming with researchers: Recovery topics residents and alumni would like to see. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

**Majer**, J. M., Stevens, E., Longan, C., Snowden, A., Wilkins, V., Bobak, T. J., & Jason, L. A. (2017, September). Current Oxford House research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

Jason, L.A., Reilly, A., Hall, T., Fromm-Reed, S., **Majer**, J.M., McMahon, S., Sanchez, B., Aase, D., Belyaev-Glantsman, O., & Roy, A. (2017, April). Training opportunities in Community Psychology in the midwest.  Roundtable presentation at the 89th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

Chapman, H. M., & **Majer**, J. M. (2016, October). Job Opportunities in Community

CITY RECORD 0124

Psychology: How Many Ways Can We Change the World? Panel discussion presented at the 2016 Midwest ECO Community Psychology Conference, Chicago, IL.

Chapman, H.M., **Majer**, J. M., & Jason, L. A. (2016, October). An examination of community-based residential treatments for persons with substance use disorders. Poster session presented at the 2016 Midwest ECO-Community Psychology Conference, Chicago, IL.

Jason, L.J., Beasley, C., **Majer**, J.M., & Callahan, S. (2016, October). Current Oxford House research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

Johnson, K.A., Walker, M., **Majer**, J.M., Clark, W., Holtzclaw, L. & Longan, J., & Gitlow, S. (2016, October). Strategies for achieving, maintaining, and measuring long-term recovery. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

Jason, L.A., **Majer**, J.M., Longan, J., Wilkens, V., & Snowden, A. (2016, October). Defining and measuring Oxford House networking. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

**Majer,** J.M., Glantsman, O., Nehrke, P., O'Brien, J., O'Connor, K., Jason, L., Beasley, C., & Chapman, H. (2016, May). Development issues in community psychology training. Roundtable presentation at the 88th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago, IL.

Polcin, D., Jason, L.A., & **Majer**, J.M. (2015, September). Overview of current research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2015, Washington, DC.

**Majer,** J.M., Polcin, D., Jason, L.A., Beasley, C., & Callahan, S. (2015, September). Brainstorming with researchers. Panel discussion presented at the Oxford House World Convention, 2015, Washington, DC.

Hoffman, K., **Majer,** J.M., & Bolton, W. (2013, August). Medications in Oxford Houses. Panel discussion presented at the Oxford House World Convention, 2013, Washington, DC.

Hoffman, K., **Majer**, J.M**.**, & Doolen, A. (2013, August). Improving treatment outcomes. Panel discussion presented at the Oxford House World Convention, 2013, Washington, DC.

Jason, L.A., Gitlow, S., & **Majer,** J.M**.** (2013, August). Why behavioral research and

CITY RECORD 0125

MAJER 12

data collection matter. Panel discussion presented at the Oxford House World Convention, 2013, Washington,

Aase, D.M., Day, J., Blagen, M., Brown, M., Jason, L.A., **Majer,** J.M., & Mejta, C. (2013, May). Integrating care in community-based treatment for dually-diagnosed individuals. Roundtable discussion conducted at the Affiliate meeting of the Society for Community Research and Action at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Harvey, R., Jason, L.A., Kithuri, E., **Majer,** J.M. (2013, May). Creating Innovative Substance Abuse Recovery Settings in Africa and Europe. Roundtable discussion presented at the 85th annual meeting of the Midwestern Psychological Association Society for Community Research and Action, Chicago, IL.

**Majer,** J.M**.,** Powers, J. & Bolton, W. (2012, September). Dealing with co-occurring mental illness. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer,** J.M., & White, T. (2012, September). Why behavioral research and data collection matter. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer**, J.M**.,** & Beasley, C. (2012, September). Latest DePaul University research. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer**, J.M., & Beasley, C. (2012, September). DePaul University publications update. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Flores, S., Adeoye, S.O., Aase, D., Balcazar, F., Bottom, T., Brown, A.A., Evans, M., Ferrari, J.R., Flynn, A., Glantsman, O., Grant-Holler, E., Jason, L.A., Keys, C., **Majer**, J.M., McMahon, S., Olson, B., Viola, J. (2011, October). A 30 year update on the history of community psychology ecological conferences. Participant on a panel at the Eco-Community Psychology Conference, Chicago, IL

Aase, D.M., **Majer,** J.M., & Jason, L.A. (2011, October). Applications of Community Psychology in Medical Settings: Surprises and Challenges. Poster session presented at the 2011 Midwest ECO Conference, Chicago, IL

Head-Dunham, R., Jason, L.A., **Majer**, J.M., Regan, R. (2011, September). Oxford House and co-occurring mental illness. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

CITY RECORD 0126

Faggett, W., Hallburg, K., **Majer**, J.M., Harrington, P. (2011, September). Medication in Oxford House. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

Jason, L.A. & **Majer**, J.M**.** (2011, September). DePaul research studies overview. Paper presented at the Oxford House World Convention 2011, Washington DC.

Lorring, D., **Majer,** J.M**.**, Kent, G., Fuchs, D., Jones, A.M. (2011, September). Landlords and Oxford Houses. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

**Majer,** J.M., Legler, R., Kithuri, E., Harvey, R., Alvarez, J., Contreras, R., Jason, L., Stalling, L., & Ramirez, R., (2011, June). Cultural and international considerations in Participatory Action Research with recovering substance abusers. Symposium presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

Schlehofer, M.M., Enchautegui-de-Jesus, N., Ferrari, J., Guiterrez,  L., Hazel, K., Long, S., **Majer,** J.M., Phillips, S., Tran, N., Zimmerman, L. (2011, June).Experiential learning in undergraduate community psychology courses. Panel discussion presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

Droege, J.R., **Majer,** J.M., &Jason, L.A. (2011, June). Further examination of categorical twelve-step involvement among a randomized sample. Poster presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

**Majer,** J.M. (2011, May). Abstinence-based approach to recovery from alcoholism and addiction: Application of the Twelve-Step Model. Invited speaker at the Sober Living Workshop, Middlesboro, United Kingdon.

**Majer,** J.M. (2011, April). Empirically-validated treatment for psychiatric comorbid substance use disorders: The Oxford House model. Keynote address at the Oxford House Community Workshop, Honolulu, HI.

**Majer**, J.M**.**, Hoffman, K., Head-Dunham, R., & LeFauve, C. (2010, September). Medication use for co-occurring mental illness in an Oxford House setting. General Session Panel presented at the Oxford House World Convention 2010, Chicago, IL.

**Majer**, J.M., Harvey, R., Olson, B.D., Walker, M., Droege, J.R., & Jason, L.A. (2010, September). Importance of research on recovery. Panel discussion presented at the Oxford House World Convention 2010, Chicago, IL.

Hoffman, K., Jason, L.A., **Majer**, J.M., & Woll, P. (2010, September). PTSD and other

MAJER 14

co-occurring problems. Panel discussion presented at the Oxford House World Convention 2010, Chicago, IL.

**Majer**, J.M., Jason, L.A.. Hoffman, K., & Spence, M. (2009, September). Psychiatric comorbidity. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

Beasly, C., Marez, S., Ellis, C., Stalling, L., **Majer**, J.M., & Jason, L.A.. (2009, September). Ex-offenders and Oxford House Research. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

Padilla, G., Ramirez, R., Doolen, M., Venable, L., **Majer**, J.M., & Jason, L.A.. (2009, September). Housing accommodating ethnic differences. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

**Majer**, J.M., Jason, L.A.. (2008, October). Psychiatric problem severity. Paper presented at the Oxford House World Convention 2008, New Orleans, LA.

**Majer**, J.M. (2008, October). DePaul study update. Papers presented at the Oxford House World Convention 2008, New Orleans, LA.

Aase, D., Jason, L., Mueller, D., **Majer**, J. M. et al. (2008, May). Ex-offenders with substance abuse problems: Researching systemic interventions. Round table discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J.M. (2008, April). Community reintegration among persons with psychiatric comorbid substance use disorders. Invited speaker at the City Colleges of Chicago's First Annual Psychology Conference, Chicago, IL.

Young, W., Marez, S., Houston, W., Mortensen, J., Stevens, E., **Majer**, J.M., et al. (2007, October). Communities in recovery: What is Oxford House? Panel discussion presented at the Midwest Eco-Community Psychology Conference, Chicago, IL.

**Majer**, J.M., Jason, L.A., Casey, M., & Stevens, P. (2007, August). Self-efficacy in Oxford House. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

Jason, L.A., **Majer**, J.M., & Aase, D. (2007, August). DePaul study update. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

Jason, L.A., **Majer**, J.M., Liberman, A., & Venable, L. (2007, August). Importance of research. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

**Majer, J.M.** (July, 2007). Community reintegration among persons with psychiatric comorbid substance used disorders. Invited presentation for Impact, Vancouver, BC, Canada.

Minich, L., Jason, L.A., Alvarez, J., Johnson, B., **Majer**, J.M., Olson, B.D., et al (2007, May). Bridging the practice-research gap in substance abuse intervention reform. Round table discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J. M., Meissen, G., Venable, L., & Casey, M. (2006, September). Importance of research. Papers presented at the Oxford House World Convention 2006, Wichita, KS.

**Majer**, J.M., Casey, M., Stevens, P., Neve, K., & Uhrich, D. (2006, September). Self-efficacy in Oxford House. Papers presented at the Oxford House World Convention 2006, Wichita, KS.

**Majer**, J.M., Jason, L.A., Miller, R., & Taylor, R.R. (2006, May). Stigmatized populations: Understanding how our values can facilitate scientific inquiry. Symposium presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Stautnikaite, G., **Majer**, J.M., & Jason, L.A. (2006, May). Psychiatric and medical problem severity in a national sample of substance abusers residing in Oxford Houses. Poster presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Jason, L.A., **Majer**, J.M., Davis, M.I., & Schober, D. (2005, October). The significance of the NIDA/NIAAA studies. Papers presented at the Oxford House World Convention 2005, Alexandria, VA.

**Majer**, J.M., Davis, M.I., Jason, L.A., & Schober, D. (2005, October). Specific findings of the DePaul Oxford House studies. Papers presented at the Oxford House World Convention 2005, Alexandria, VA.

**Majer**, J.M., Jason, L.A., Strautnikaite, G., Deaner, J., Groh, D., Aase, D., Mathis, G., & Isenberg, D.H. (2005, October). Contextualism and stigma: Understanding how our values can facilitate scientific inquiry. Symposium presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

Stautnikaite, G., **Majer**, J.M., & Jason, L.A. (2005, October). Relapse and attrition among Oxford House residents with psychiatric severity. Poster presentation at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

Jason, L.A., Ferrari, J.R., Davis, M.I., Olson, B.D., Alvarez, J., & **Majer**, J.M. (2005, August). The need for community: The Oxford House innovation. Paper presented at the 2005 Annual Meeting of the American Psychological Association, Washington, D.C.

Njoku, M.G., Jason, L.A., Cole, C., Jordan-Green, L., Miller, T.P., Newborough, J.R., Dokecki, P.R., O'Gorman, R., Fayter, R.A., Ponce-Rodas, M., & **Majer**, J.M. (2005, June). The spirit of community psychology: Lessons from spirituality. Symposium      presented at the 10th Biennial Society for Community Research and   Action Conference (APA Division 27), Urbana-Champaign, IL.

Davis, M.I., Jason, L.A., Kloos, B., Olson, B.D., Ferrari, J.R. & **Majer**, J.M. (2005, June). Ecological Examplars: Applications of Kelly's Conceptions to our Communities. Symposium presented at the 10th Biennial Society for Community Research and Action Conference (APA Division 27), Urbana-Champaign, IL.

Olson, B.D., Alvarez, J., Braciszewski, J., Danielewicz, J., Davis, M.I., Durlak, J.A., Groh, D., Horin, E., Hsu, T., Jason, L.A., Keys, C.B., **Majer**, J.M., Nelson, C., Rabin-Belyaev, O., Shaggot, T., Taylor, R., Vincent, M., & Viola, J. (2005, May). Psychology of Poverty Summit. Panel discussion presented at the affiliate meeting of the APA (Div.27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Olson, B.D., Davis, M.I., Alvarez, J., Viola, J., Garcia, R., Hsu, T., Latta, T., Nelson, C., **Majer**, J.M., Groh, D., Gilioli, A., Shagott, T., Adebanjo, A. (2004, October). Discovering central community constructs of action through the distilling of personal narratives. Panel discussion presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

Shagott, T., Olson, B.D., Davis, M.I., Viola, J., Nelson, C., Alvarez, J., **Majer**, J. M., Garcia, R., Groh, D., Adebanjo, A., Latta, T., Jason, L.A., Braciszewski, J., Cooper, D.G. (2004, October). Restorative justice and its implications for community psychology. Panel discussion presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

**Majer**, J.M., B., Bella (2003, November). The parallels between Narcotics Anonymous and Oxford House. Panel discussion presented at the Oxford House World Convention, Washington D.C.

Ferrari, J.R., Olson, B.D., Davis, M.I., **Majer**, J.M., & Viola, J. (2003, November). DePaul University Scientific Findings. Papers presented at the Oxford House World Convention, Washington D.C.

CITY RECORD 0130

MAJER 17

**Majer**, J.M., Jason, L.A., Davis, M.I., Casey, M., Erickson, K., Fleming, L., Kmeck, B., Miller, R., Venable, L., & Williams, B.F. (2002, October). DePaul Scientific Study I. Panel discussion presented at the Oxford House World Convention 2002, Seattle WA.

Davis, M.I., **Majer**, J.M., & Jason, L.A. (2002, October). DePaul Scientific Study II. Papers presented at the Oxford House World Convention 2002, Seattle, WA.

**Majer**, J.M., Curtis, C., Horin, E., Viola, J., Mayorga, K., Reyes, M., Alvarez, J. (2002, October). Contextualism and Substance Abuse Research: Evidence and Lessons Learned from Fieldwork Experiences. Panel discussion presented at the Midwest Eco- Community Psychology conference, Friend Lake, MI.

Viola, J., Bloodworth, M., & **Majer**, J.M. (2002, October). Community Action Research Centers: Implications for Strengthening the Graduate Student Community. Panel discussion presented at the Midwest Eco-Community Psychology conference. Friend Lake, MI.

Durlak, J., London, L.H., Jason, L.A., Abad, M., Ammar, A., Franks, E., **Majer**, J.M., Kunz, C., Morgan, et al. (2002, May). What it Really Means to be Successful in Graduate School.  Panel discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Beyer, R.D., McDonald, K., Taylor, R., Keys, C., **Majer**, J.M., & Jason, L.A. (2001, October).  Promoting the Spirit of Community Psychology through Graduate Training. Panel discussion at the Midwest Eco-Community Psychology conference, Friend Lake, MI.

Olson, B.D., Jason, L.A., Ferrari, J.R., Venable, L., Williams, B.F., Sasser, K.C., Potashner, I., **Majer**, J.M., Hutcheson, T.D., Fischer, S.N., Erickson, K.A., et al. (2001,May).  Collaboration, Power, Participation and Control on a Large Scale Research Team: Multiple Perspectives from the Oxford House Research Project. Panel presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J.M., Hutcheson, T.D., Olson, B.D., Ferrari, J.R., & Jason, L.A. (2001, May). Hope for the Future: Assessing Self-Efficacy, Optimism, and Personal Mastery Beliefs Among Recovering Substance Abusers in a Self-Help Program. Poster presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL

Ferrari, J.R., Jason, L.A., Olson, B.D., Curtis, C., D'Arlach, L., Fischer, S., **Majer**, J.M., Potashner, I., & Sasser, K. (2000, October).Oxford House: Changing the system to change lives. Panel discussion at the Midwest Eco-Community Psychology conference. Kellogg Biological Station, MI.

Curtis, C., D'Arlach, L., Erickson, K., Hutcheson, T., Jason, L.A., **Majer**, J.M., Olson, B.D., Potashner, I., Sasser, K., Williams, B., & Venable, L. (2000, October). DePaul University: The research team. Panel presented at the Oxford House World Convention 2000, Kansas City, MO.

Jason, L.A., **Majer**, J.M., & Olson, B.D. (2000, October). DePaul University 8 year Oxford House findings. Panel presented at the Oxford House World Convention 2000, Kansas City, MO.

Davis, M.I. & **Majer**, J.M. (2000, August). Oxford House: A community and health psychology answer to substance abuse. R.R. Taylor & L.A. Jason (Chairpersons), Health psychology and community psychology: Using research to illustrate linkage. Symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

Davis, M.I., **Majer**, J.M., Jason, L.A., & Ferrari, J. (2000, May). A sense of community within recovering addicts: Communal-living that promotes sobriety. Paper presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J.M., & Davis, M.I. (1999, October) DePaul University Scientific Research Findings. Paper presentation at the Oxford House World Convention 1999, Washington, D.C.

Taylor-Ritzler, T., Hayes, E., Balcazar, F., **Majer**, J., Engstrom, M., Kennedy, C., Taylor, R.R., & Jason, L.A., (1999, October). Challenges in Bringing Science into the Community. Panel presented at the Eco-Community Psychology Conference, Downers Grove, IL.

Jason, L.A., **Majer**, J.M., Taylor, R.R., Song, S., Johnson, D., Kennedy, C., Balcazar, F., Hernandez, B., & Davis, M.I. (1999, October).  The Issue of Stigma in Communities. Panel presented at the Eco-Community Psychology Conference, Downers Grove, IL.

Jahn, S.C., Taylor, R.R., **Majer**, J.M., Chimata, R., & Jason, L.A. (1998, October) Feminist Epistemology and Community Intervention. Panel presented at the Midwest Eco-Community Psychology Conference, Oregon, IL.

CITY RECORD 0132

MAJER 19

**PROFESSIONAL ACTIVITIES AND AFFILIATIONS**

**Scholarship:**

Editorial Board, *American Journal of Men's Health*, 2006 – 2017.
Editorial Board, *Journal of Diversity in Higher Education\**, 2011– Present.
Editorial Board, *Alcoholism Treatment Quarterly*, 2017 – Present.

Reviewer, *American Journal of Drug and Alcohol Abuse*, 2016 – Present .
Reviewer, *Psychology, Public Policy, and Law\**, 2013-Present.
Invited reviewer, *Journal of Prevention and Intervention in the Community*, 2012.
Reviewer, *Addiction*, 2012-present.
Reviewer, *European Journal of Psychological Assessment,* 2011– Present.
Reviewer, *Journal of Substance Abuse Treatment*, 2011– Present.
Reviewer, *Journal of Diversity in Higher Education*, 2009 – 2011.
Invited reviewer, *American Journal of Psychiatric Rehabilitation*, 2006.
Reviewer, *Health Education & Behavior\**, 2005 – Present.
Reviewer, *Medical Science Monitor*, 2003 – 2014.

\*Journals of the American Psychological Association (APA)

**Consultation:**

Consultant, Living Sober CIC, Middlesboro, UK, 2010 – Present.

Consultant, Sidley Austin, LLP, Wash. DC, 2007 – 2008.

Consultant, The Center for Community Research, 2006 – Present.

Consultant, Oxford House, Inc., 2004 – Present.

Consultant, Program Evaluation of Ashland House, Trilogy Inc., 2001.

Consultant, Eden House, Nairobi, Kenya, 2017 – Present.

Consultant, Jeffery Van Treese, LLC, 2017.

MAJER 20

**Campus-wide:**

Social Sciences Hiring Committee, Truman College, 2018.

Sabbatical Review Committee, Truman College, 2014-2015.

Tenure Support Committee, Harry S. Truman College, 2013 – 2014.

Assessment Coordinator, Social Sciences Department, Harry S. Truman College/City Colleges of Chicago, 2011– 2012.

Social Sciences Hiring Committee, Truman College, 2011 – 2013.

Chair: Humanities, Social Science, and Foreign Language Department, Richard J. Daley College/City Colleges of Chicago, 2008 – 2010.

Co-Chair, Strategic Initiative Planning Committee, Richard J. Daley College, 2007 – 2009.

Faculty Sponsor, Psychology Club, Richard J. Daley College, 2007 – 2010.

Co-founding member of the City Colleges of Chicago's Inter-college Psychology Committee, 2007 – 2012.

Faculty Council, Richard J. Daley College, 2007 – 2009.

Student Disciplinary Committee, Richard J. Daley College, 2006-2007.

Student Progress Committee, School of Education, DePaul University, 2001-2002.

Diversity Committee, DePaul University Community Mental Health Center, 1998-2000.

**Organizations:**

Oxford House Census Community Advisory Board, 2016.

Appointed to the American Psychological Association's 2009 Presidential Extended Task Force Network on Psychology's Contribution to End Homelessness, to provide expert consultation and feedback in my area of expertise; community-based treatments for substance abuse and psychiatric comorbid substance use disorders, 2009.

CITY RECORD 0134

MAJER 21

Society for Community Research and Action (Division 27 of the American Psychological Association), 1999 – Present.

Midwestern Psychological Association, 1999 – Present.

**Other:**

Logistics Committee, the Second Chicago Conference on Community Research: Participatory Methods, 2001-2002.

Executive Coordinator of the Midwest-ECO Community Psychology Conference, 1999.

Substance Abuse Initiative Committee, Johns Hopkins Hospital, 1995-1997.

Anne Arundel County Substance Abuse Treatment Council, 1993-1995.

**Community**:

Voluntary Instructor (2nd Dan), MUSA Martial Arts, Chicago, IL, 2004 – 2008.
Volunteer, St. Vincent's Food Pantry Program, 2000-2003.

CITY RECORD 0135